IN UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ALICIA PENNINGTON                                                                      PLAINTIFF

vs.                                              Civil No. 1:21-cv-01055

KILOLO KIJAKAZI                                                                        DEFENDANT
Acting Commissioner, Social Security Administration

### MEMORANDUM OPINION

On June 27, 2022, Defendant filed an Unopposed Motion To Reverse and Remand and Brief in Support.  ECF Nos. 15, 16.[1]  The motion states Plaintiff has no objections. *Id.*  The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 6.  Pursuant to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment in this matter.

According to Defendant, after further consideration and review of the administrative law judge's decision and the certified administrative record, the Commissioner respectfully requests a remand so further administrative proceedings may be conducted.  ECF No. 16.

This Court finds this motion is well-taken and should be granted.  The Commissioner's decision is reversed, and this matter is hereby remanded pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.  Plaintiff may still, however, file a motion for attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

---

[1] The docket numbers for this case are referenced by the designation "ECF No."  The transcript pages for this case are referenced by the designation "Tr."

A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 6th day of July 2022.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE